No. 1302, Misc. TURNER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1314, Misc. HATTER *v.* SALE ET AL. Sup. Ct. La. and/or Ct. App. La., 2d Cir. Certiorari denied. *Johnnie A. Jones* for petitioner.

No. 1315, Misc. WILSON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1318, Misc. LeBRUN *v.* OREGON. Sup. Ct. Ore. Certiorari denied. Petitioner *pro se.* *Jacob B. Tanzer* for respondent.

No. 1323, Misc. ALLEN *v.* TURNER, WARDEN. Sup. Ct. Utah. Certiorari denied.

No. 1324, Misc. OPPENHEIM ET AL. *v.* STERLING ET AL. C. A. 10th Cir. Certiorari denied.

No. 1326, Misc. ZALECK *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1333, Misc. LYONS *v.* KLATTE, SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1334, Misc. RUBY *v.* SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for respondent.

No. 1336, Misc. KNOWLES *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.